IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Jasper Junior Bowers, | ) | Civil Action No.: 3:12-cv-00154-RBH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| State of South Carolina, | ) | |
| Batesburg-Leesville Police Department, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

    Plaintiff, proceeding *pro se*, filed this action pursuant to 42 U.S.C. § 1983. At this early juncture, Defendants have not yet made an appearance or filed an answer in this action. On March 7, 2012, the court received Plaintiff's [Docket Entry 18] Motion to Dismiss his case without prejudice.

    It is therefore **ORDERED** that Plaintiff's Motion to Dismiss is **GRANTED** and this case is hereby **DISMISSED** *without prejudice*. Also, all of Plaintiff's other pending motions are hereby found to be **MOOT**.

    **IT IS SO ORDERED.**

                                                                          s/R. Bryan Harwell
                                                                          R. Bryan Harwell
                                                                          United States District Judge

Florence, South Carolina
March 8, 2012