AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Jasper Junior Bowers,<br>*Plaintiff*<br>v.<br>State of South Carolina,<br>Batesburg-Leesville Police Department,<br>*Defendants* | Civil Action No.  3:12-cv-00154-RBH-SVH |

**AMENDED JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, Jasper Junior Bowers, shall take nothing of the defendants; State of South Carolina and Batesburg-Leesville Police Department; from the complaint filed pursuant to 42 U.S.C. § 1983 and this action is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable R. Bryan Harwell, United States District Judge, granting the Plaintiff's motion to voluntarily dismiss the complaint without prejudice.

Date:  March 12, 2012                                    *CLERK OF COURT*

                                                         s/A. Buckingham
                                                         _____
                                                         *Signature of Clerk or Deputy Clerk*